1
2
3
4
5
6
7
8

Stephen M. Lobbin (SBN 181195)
sml@smlavvocati.com
Austin J. Richardson (SBN 319807)
ajr@smlavvocati.com
**SML Avvocati P.C.**
888 Prospect Street. Suite 200
San Diego, CA 92037
Tel: 949.636.1391

Richard S. Mandaro (PHV to be filed)
rmandaro@arelaw.com
Amster Rothstein & Ebenstein LLP
90 Park Avenue, 21st Fl.
New York, New York 10016
Tel: 212-336-8000

9
10

***Attorneys for Defendant Shefa Group***
   ***LLC sued herein as Morning Beauty***

11

### UNITED STATES DISTRICT COURT

12

### CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

13
14
15
16
17
18
19

| JOSIE MARAN COSMETICS, LLC, | No. 8:20-cv-01032-JLS (JDEx) |
|---|---|
| Plaintiff, | **Defendant's Notice of Motion and Motion to Dismiss for Lack of Personal Jurisdiction and Failure to Sate a Claim [Fed. R. Civ. P. 12(b) 2 and 6]** |
| v. | |
| MORNING BEAUTY, | Date:  November 13, 2020 |
| Defendant. | Time:  10:30 a.m. |
| | Judge: Staton |

20
21
22
23
24
25
26
27
28

Please take notice on November 13, 2020, at 10:30 a.m. in the courtroom of Hon. Josephine L. Staton, Defendant Shefa Group LLC sued herein as Morning Beauty will move for an order dismissing the Complaint (ECF No. 1) for lack of personal jurisdiction under FED. R. CIV. P. 12(b)(2) and failure to state a claim under FED. R. CIV. P. 12(b)(6).  Defendants rely on the concurrently filed Memorandum of Points and Authorities and the Declaration of Avrohom Schweid, the owner of Shefa Group LLC sued herein as Morning Beauty.

This motion follows a Local Rule 7–3 conference of counsel between Richard S. Mandaro and Alex E. Jones which took place by telephone on July 14, 2020. The parties could not resolve the issues raised.

Respectfully submitted,

July 17, 2020

/s/ *Stephen M. Lobbin*
Stephen M. Lobbin (SBN 181195)
   sml@smlavvocati.com
Austin J. Richardson (SBN 319807)
ajr@smlavvocati.com
**SML Avvocati P.C.**
888 Prospect Street. Suite 200
San Diego, CA 92037
Tel:  949.636.1391

Richard Mandaro (PHV to be filed)
   rmandaro@arelaw.com
**Amster, Rothstein & Ebenstein LLP**
90 Park Ave.
New York, New York 10016
Tel: 212-336-8000

***Attorneys for Defendant Shefa Group
LLC sued herein as Morning Beauty***

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2020, I electronically transmitted the foregoing document using the CM/ECF system for filing, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies have been served on those indicated as non-registered participants.

/s/ Stephen M. Lobbin