Stephen M. Lobbin (SBN 181195)
sml@smlavvocati.com
Austin J. Richardson (SBN 319807)
ajr@smlavvocati.com
**SML Avvocati P.C.**
888 Prospect Street. Suite 200
San Diego, CA 92037
Tel: 949.636.1391

Richard Mandaro (PHV to be filed)
rmandaro@arelaw.com
Amster Rothstein & Ebenstein LLP
90 Park Ave.
New York, New York 10016
Tel: 212-336-8000

Attorneys for Shefa Group LLC
sued herein as Morning Beauty

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JOSIE MARAN COSMETICS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>MORNING BEAUTY,<br><br>    Defendant. | No. 8:20-cv-01032-JLS (JDEx)<br><br>**Declaration of Avrohom Schweid in Support of Defendant's Motion to Dismiss for Lack of Personal Jurisdiction and Failure to State a Claim [Fed. R. Civ. P. 12(b) 2 and 6]**<br><br>Date:  November 13, 2020<br>Time:  10:30 a.m.<br>Judge: Staton |

I, Avrohom Schweid, declare,

1. I am the owner of Shefa Group LLC ("Shefa"). I have personal knowledge of the facts I state in this declaration.

2. Shefa is a New York corporation with its address at 164 South 8th Street, Brooklyn, New York 11211.

3. Shefa neither owns nor leases offices, warehouses, or real property in California, and it has no employees in California.

4. Shefa owns and operates the Amazon.com storefront Morning Beauty, which sells the Josie Maran products among other products.

5. Shefa purchases authentic Josie Maran products from legitimate market channels and it does not alter or modify any of the purchased Josie Maran products.

6. Shefa sells all of its Josie Maran products through Amazon.com.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

7/16/2020

*a. Schweid*
Avrohom Schweid

# **PROOF OF SERVICE**

I hereby certify that on July 17, 2020, I electronically transmitted the foregoing document using the CM/ECF system for filing, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies have been served on those indicated as non-registered participants.

Dated: July 17, 2020                             /s/ Stephen M. Lobbin