1  LAWRENCE M. HADLEY - State Bar No. 157728
   lhadley@glaserweil.com
2  THOMAS P. BURKE JR. - State Bar No. 288261
   tburke@glaserweil.com
3  GLASER WEIL FINK HOWARD
     AVCHEN & SHAPIRO LLP
4  10250 Constellation Boulevard, 19th Floor
   Los Angeles, California 90067
5  Telephone:  (310) 553-3000
   Facsimile:  (310) 556-2920
6
   Attorneys for Plaintiff
7  Josie Maran Cosmetics, LLC

8

9               UNITED STATES DISTRICT COURT

10              CENTRAL DISTRICT OF CALIFORNIA

11                    WESTERN DIVISION

12 | JOSIE MARAN COSMETICS, LLC,        | CASE NO.: 8:20-cv-01032-JLS-JDE |
13 |         Plaintiff,                 | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)** |
14 | v.                                 | |
15 | MORNING BEAUTY,                    | |
16 |         Defendants.                | |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

1889137.1

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Josie Maran Cosmetics, LLC hereby voluntarily dismisses all claims <u>without prejudice</u>. Defendant has not served an answer or a motion for summary judgment in this action. As such, to avoid unnecessary, costly, and lengthy litigation of personal jurisdiction issues – and to facilitate a swift judgment on the merits – Plaintiff will pursue its claims in New York, where Defendant is organized and maintains its principal offices.

DATED: August 14, 2020

Respectfully submitted,

GLASER WEIL FINK HOWARD
   AVCHEN & SHAPIRO LLP

By: */s/ Thomas P. Burke Jr.*
LAWRENCE M. HADLEY
THOMAS P. BURKE JR.
   Attorneys for Plaintiff
   Josie Maran Cosmetics, LLC